IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM B. LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-CV-985-WHA |
| | ) [WO] |
| RUSSELL COUNTY SHERIFF OFFICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on November 29, 2018. Doc. 5. There being no timely objections filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's § 1983 claims against Defendant Russell County Sheriff's Office are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

2. Defendant Russell County Sheriff's Office is TERMINATED as a party to this complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Russell County Sheriff's Office pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 19th day of December 2018.

                                    /s/ W. Harold Albritton
                                  W. HAROLD ALBRITTON
                                  SENIOR UNITED STATES DISTRICT JUDGE